UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CHARON MARTINEZ MALAVE on
behalf of a minor J.A.R.M.,

                    Plaintiff,

    -against-

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

16 Civ. 4596 (LAP) (KHP)

ORDER ADOPTING REPORT &
RECOMMENDATION

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Magistrate Judge Katherine H. Parker's
Report and Recommendation dated July 26, 2017 [dkt. no. 14] with
respect to the Commissioner's unopposed motion for judgment on
the pleadings pursuant to Federal Rule of Civil Procedure 12(c)
[dkt. no. 9] ("R&R").

    Any objections to the R&R were required to be filed within
fourteen days.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).
No objections were filed.

    The district court must "make a de novo determination of
those portions of the report to which objection is made" and
"may accept, reject, or modify, in whole or in part, the
findings or recommendations made by the magistrate judge."  28
U.S.C. § 636(b)(1); see also Civ. L.R. 72-3(a) (requiring that
any objections be accompanied by a motion for de novo
determination).  In absence of a timely objection, the Court

"need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Advisory Committee Notes (1983). The Court has reviewed the record on its face and finds no clear error.

Accordingly, the R&R is accepted in its entirety, and the case is remanded to the Administrative Law Judge.

SO ORDERED.

Dated:     New York, New York
           August 28 , 2018

_Loretta A. Presley_
LORETTA A. PRESKA
Senior United States District Judge